IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGO GILLARD,<br>　　　　Plaintiff | CIVIL ACTION |
| VS. | |
| MICHAEL J. ASTRUE[1],<br>Commissioner of Social Security,<br>　　　　Defendant | NO. 11-6723 |

**ORDER**

JOEL H. SLOMSKY, J.

AND NOW, this 20th day of September, 2012, upon consideration of the plaintiff's request for review, defendant's response to request for review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED;

2. Plaintiff's Request for Review is DENIED.

It is so ORDERED
BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 14, 2007. Pursuant to Fed. R. Civ. Pr. 25(d)(1), he is automatically substituted for Jo Anne B. Barnhart as defendant in this matter.